95-1043. State ex rel. Harris v. Pub. Emp. Retirement Bd. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, August 2, 1995*

## MERIT DOCKET

95-772. Porter v. Ohio Parole Bd. In Habeas Corpus. *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

95-922. Cincinnati Bell Tel. Co. v. Pub. Util. Comm. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, F.E. Sweeney and Cook, JJ., concur.
Wright, Resnick and Pfeifer, JJ., dissent and would deny the writs.

95-1094. Kilgour v. Edwards. In Habeas Corpus. *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

95-1121. State ex rel. White v. Mengel. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.
Douglas, J., not participating.

95-1176. State ex rel. Wise v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

95-1180. State ex rel. Spratz v. Wilkinson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

95-1182. State ex rel. McLoughlin v. Nichols. In Mandamus. On motion for summary judgment and on answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Douglas, Resnick, Pfeifer and Cook, JJ., concur.
Moyer, C.J., Wright and F.E. Sweeney, JJ., would grant the motion for summary judgment.